No. 3002. Santiago, Appellee, *v.* Robles, Appellant. — District Court of San Juan, Section 2. Execution of deed.

Decided March 15, 1923. It appearing from appellee's motion and from the certificate attached that the appeal was taken on March 15, 1921, and that although some extensions were granted for preparing the transcript of the evidence, the first of them was asked for when the time had expired therefor and the transcript not having been filed in this court, the motion is sustained and the appeal is dismissed.